JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOELEE ISAAC,<br><br>    Petitioner,<br><br>  v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | Case No. CV 12-8526-CAS (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 3, 2013

              CHRISTINA A. SNYDER
              UNITED STATES DISTRICT JUDGE